IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO: 7:12-MJ-1142

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER FOR DISMISSAL |
| v. | ) | WITHOUT PREJUDICE |
| | ) | |
| | ) | |
| BRADLEY G. RACKLEY, JR. | ) | |

This case is dismissed without prejudice.

SO ORDERED, this the 23rd of July, 2012.

_____
ROBERT B. JONES, JR.
United States Magistrate Judge